IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIE L. KNARR,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>    Defendant. | **4:12CV3192**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered herein, judgment for attorney fees is hereby entered in favor of the plaintiff and against the defendant.

Dated this 10th day of August, 2015

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 Senior United States District Judge